UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

            Plaintiff,         CASE NO.: 4:94-CR-50059-1FL

vs.                                HON. PAUL V. GADOLA
                                MAG. JUDGE WALLACE CAPEL, JR.

JAMES VERNON NORTHCUTT,

            Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on July 24, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on February 9, 2006.

The Defendant is charged with violation of the Standard Condition Number 7 by testing positive for marijuana metabolite. He is also charge with violation of the Special Condition by failing to provide urine samples on four separate occasions; he also is charged with violation of the Special Condition by not attending his required counseling sessions.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on January 28, 2005.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by being in the possession of illegal substances, and for not attending his drug counseling sessions. It further appears that the Defendant has a serious drug problem. Based upon the foregoing information, it appears that he has violated the terms of his supervised release.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: July 26, 2006**               **s/ Wallace Capel, Jr.**
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**


## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Robert Haviland, AUSA, Kenneth R. Sasse, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                       s/ James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850
                                       pete_peltier@mied.uscourts.gov